*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jean L. Heilman
    Debtor(s)

Case No: 18−13085−ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer, Kristina (Tina) Calvaresi − Form 119. Filed by Jean L. Heilman .

    on: 10/11/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  8/24/18

Timothy B. McGrath
Clerk of Court

23 − 22
Form 167