# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jean L. Heilman<br>     Debtor<br><br>Pacific Union Financial, LLC<br>     Movant<br>     vs.<br><br>Jean L. Heilman<br>     Respondent | CHAPTER 13<br><br><br>NO. 18-13085 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Pacific Union Financial, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about August 14, 2018 (Document No. 19).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 30, 2018